UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No:   26-cv-1139 |
| | ) | |
| Defendant No. 1: A TAURUS, MODEL G3C, | ) | |
| 9MM PISTOL, SN: ACE886014; | ) | |
| | ) | |
| Defendant No. 2: SIXTEEN ROUNDS OF | ) | |
| 9mm AMMUNITION; and | ) | |
| | ) | |
| Defendant No. 2: $1,065.00 IN UNITED STATES | ) | |
| CURRENCY, more or less; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions.

## NATURE OF THE ACTION

1.      This is an *in rem* civil action to forfeit and condemn to the use and benefit of the United States of America the above-captioned defendants for violations of 21 U.S.C. §§ 841 and 846.

## THE DEFENDANTS IN REM

2.      The defendants consist of:

A.   Defendant No. 1 is a Taurus, Model G3C, 9mm pistol, SN: ACE886014 seized on August 30, 2022, in the District of Kansas;

B. Defendant No. 2 consists of sixteen rounds of 9mm ammunition seized on August 30, 2022, in the District of Kansas; and

C. $1,065.00 in United States currency, more or less, seized on August 30, 2022, in the District of Kansas.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has in rem jurisdiction over the defendants under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendants pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395 because the defendants are located in this district.

## BASIS FOR FORFEITURE

6. Defendant No. 1 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) because it was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances. Defendant No. 1 is also subject to forfeiture pursuant to 18 U.S.C. § 924(d) as it was used or involved in violations of 21 U.S.C. §§ 841 and 846.

7. Defendant No. 2 is subject to forfeiture pursuant to 18 U.S.C. § 924(d) as it was used or involved in violations of 21 U.S.C. §§ 841 and 846.

2

8.      Defendant No. 3 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because the funds constitute money or other things of value furnished or intended to be furnished in exchange for controlled substances, or proceeds traceable to such an exchange, and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C §§ 841 and 846.

9.      Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.  Such facts and circumstances supporting the seizure and forfeiture of the defendant are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in rem* for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6689
Fax: (316) 269-6484
annette.gurney@usdoj.gov

3

## DECLARATION

I, Scott Moses, Task Force Officer with the Drug Enforcement Administration in the District of Kansas, have read the contents of the foregoing Complaint for Forfeiture In Rem and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20ᵗʰ day of May , 2026.

Scott Moses
Task Force Officer
DEA